|   |   |
|---|---|
| cc | Keller-Flowers/ILND/07/USCOURTS, Thelma Murry-Sykes/ILND/07/USCOURTS, Norbert Jaworski/ILSD/07/USCOURTS, Theresa Amato/INSD/07/USCOURTS, Mike Mort/KSD/10/USCOURTS, Kim Leininger/KSD/10/USCOURTS, KSD_Clerks_Topeka/KSD/10/USCOURTS, KSD_Clerks_Wichita/KSD/10/USCOURTS, Teresa Reeves/LAWD/05/USCOURTS, Sarah Thornton/MAD/01/USCOURTS, Claudia Gibson/MDD/04/USCOURTS, LuAnn Davis/MDD/04/USCOURTS, Rich Sletten/MND/08/USCOURTS, GEORGIA KEE/MOWD/08/USCOURTS, JT Noblin/MSSD/05/USCOURTS, Nathan Dean/MSSD/05/USCOURTS, Frank Johns/NCWD/04/USCOURTS, Jennifer Stone/NED/08/USCOURTS, Pat Merritt/NED/08/USCOURTS, Mickie Shanklin/NJD/03/USCOURTS, Robert Heinemann/NYED/02/USCOURTS, August Marziliano/NYED/02/USCOURTS, Dorothy Guranich/NYSD/02/USCOURTS, Richard Wilson/NYSD/02/USCOURTS, Renee Schumitsh/OHND/06/USCOURTS, Jenny E Smolinski/OHND/06/USCOURTS, James Bonini/OHSD/06/USCOURTS, Bruce Guthrie/OKED/10/USCOURTS, CM-ECF Intake OKND/OKND/10/USCOURTS, Rick Wade/OKWD/10/USCOURTS, Michael Kunz/PAED/03/USCOURTS, Linda Ziegler/SDD/08/USCOURTS, John Medearis/TNED/06/USCOURTS, Karen Mitchell/TXND/05/USCOURTS, Sonia VanCamp/TXND/05/USCOURTS, Mark Wells/TXSD/05/USCOURTS, William G Putnicki/TXWD/05/USCOURTS, Cheryl Espinoza/UTD/10/USCOURTS, Fernando Galindo/VAED/04/USCOURTS, John Corcoran/VAWD/04/USCOURTS, Renea Ferrante/WAED/09/USCOURTS, Wally Edgell/WVND/04/USCOURTS, Terry Deppner/WVSD/04/USCOURTS |
| Subject | Vioxx Transfer Order (CTO-71) |

## IN RE: MDL 1657
## VIOXX PRODUCTS LIABILITY LITIGATION

Attached is a certified copy of the transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case(s) listed be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. The order includes the case

number(s) assigned to each action by the Eastern District of Louisiana.

The Honorable Eldon E. Fallon, U.S. District Judge, issued an order directing that the transferred of records consist of only a copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order.

Please forward the above requested documents, preferably as PDF documents attached to an email addressed to vioxx_mdl_clerk@laed.uscourts.gov. Please attach separate PDFs for each of the documents. If this is not possible, please forward the printed copies of the requested documents via mail.

Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

                                         Very truly yours,
                                         Loretta G. Whyte, Clerk
                                         Eastern District of Louisiana


CTO-71.pdf